**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alvaro Robledo Reyes, | No. CV-26-01668-PHX-SHD (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing his immigration proceedings were closed in 2017 and he was redetained without any due process. (Doc. 1.) The Court directed Respondents to show cause why Petitioner's Petition should not be granted. (Doc. 4.) Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish the circumstances surrounding Petitioner's detention. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The Petitioner is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of March, 2026.

_____
Honorable Sharad H. Desai
United States District Judge